## HERRON *v.* UNITED STATES.

No. 791.   Decided May 29, 1961.

Reported below: —— F. Supp. ——.

Appellant *pro se.*

*Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for the United States.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.

## HOLEKAMP ET AL. *v.* HOLEKAMP LUMBER CO. ET AL.

No. 870.   Decided May 29, 1961.

*Donald E. Fahey* for appellants.

*Eugene H. Buder* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.